UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SHAFFER, Individually, And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>         v.<br><br>UNITED RECOVERY SYSTEMS LP,<br><br>    Defendant. | Case No.: CV 15-4409-DMG (JCx)<br><br>ORDER [23] |

In accordance with the parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

July 6, 2016                          /s/ Dolly M. Gee
DATE                                  DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE